RALPH SCHWEIGER, Appellant, v. EMPIRE ROLLERDROME OF BROOKLYN, INC., Respondent.— Upon that theory the plaintiff made out a cause of action. At the close of the plaintiff's case, a motion made by the defendant to dismiss the complaint for failure to make out a cause of action was granted, apparently upon the ground that the evidence received over the defendant's objection could not be considered because it was not within the issues raised by the pleadings. This was an erroneous conclusion that requires a reversal. (*Kelley Lumber Co.* v. *Otselie Valley Railroad Co.*, 136 App. Div. 146, and cases therein cited.) While the complaint is not as definite and certain as it ought to be, it sufficiently alleges that the plaintiff's injuries resulted through a fall caused by the negligence and carelessness of the defendant's employees. Judgment reversed on the law and a new trial granted, with costs to abide the event. Hagarty, Johnston, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD SACKETT, Appellant.— Although the learned trial judge in his instructions to the jury charged properly on the subject of culpable negligence, toward the close of the charge he instructed the jury that " every man who operates an automobile upon the highway should drive it as a careful, reasonable and prudent individual would, with a just regard and due respect for the other users of the highway," and then stated: " In other words, he must, if he is to drive an automobile upon the highway, drive it in a reasonably careful and prudent manner." This is the rule in a civil action, but is not applicable here. (*People* v. *Angelo*, 246 N. Y. 451.) Its statement may well have confused the jurors, leading them to believe that the defendant might be convicted for mere failure to use ordinary care. The trial judge, upon due request, declined to correct this erroneous charge. In the interests of justice, there must be a new trial. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WADE, Appellant.— (*People* v. *Riordan*, 288 N. Y. 544.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JULIA SIMEONE, as Administratrix of the Estate of JOSEPH SIMEONE, Deceased, Respondent, v. JERICHO TURNPIKE NURSERY, INC., et al., Appellants.— No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.